1 | Monica M. Ryden (State Bar No. 023986)
**JACKSON LEWIS PC**
2111 East Highland Avenue, Suite B-250
Phoenix, AZ  85016
Telephone: (602) 714-7044
Facsimile: (602) 714-7045
Monica.Ryden@jacksonlewis.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| Peter Strojnik, | Case No. |
|---|---|
| Plaintiff, | **NOTICE OF REMOVAL (FEDERAL QUESTION JURISDICTION)** |
| vs. | |
| Driftwood Hospitality Management, LLC; United Hotels and Resorts, LLC; and CGD Tempe LP, | |
| Defendants. | |

**TO:   CLERK OF COURT OF THE ABOVE-ENTITLED COURT:**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and Local Rule 3.6 of the Rules of Practice of the District Court for the District of Arizona, Defendants Driftwood Hospitality Management, LLC, United Hotels and Resorts, LLC and CGD Tempe, LP ("Defendants") file this Notice of Removal.  In support of this removal, Defendants state as follows:

## BACKGROUND

1.   On July 13, 2020, Plaintiff Peter Strojnik ("Plaintiff") filed this employment action against Defendants in the Superior Court of Arizona, Maricopa County, Case No. CV2020-054300.  Plaintiff alleges: (1) violation of the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101, *et seq.* ("ADA"), (2) Negligence; (3) Negligent Misrepresentation; (4) Failure to Disclose; and (5) Fraud – Common Law and Consumer.

2. Pursuant to Local Rule 3.6, a complete copy of the file in the State Court Action is attached as Exhibit A.

3. Pursuant to Local Rule 3.6, the undersigned counsel for Defendants verifies that, to the best of her knowledge and belief, the documents attached as Exhibit A to this Notice of Removal are true and complete copies of all pleadings and other documents filed in the State Court Action.

## TIMELY REMOVAL

4. Plaintiff served Defendants with his Complaint on July 14, 2020. Defendants have not filed any pleadings in the State Court Action, and the time period under 28 U.S.C. §1446(b) for Defendants to file this Notice of Removal has not expired.

## REMOVAL BASED ON FEDERAL QUESTION JURISDICTION

5. This action is being removed based on federal question jurisdiction and the ground that this Court has original jurisdiction over all claims. *See* 28 U.S.C § 1331.

6. In the Complaint, Plaintiff seeks damages for alleged violation of the ADA. Plaintiff's case presents a question of federal law. Therefore, this Court has original jurisdiction over the matter and removal is proper under the federal question jurisdiction of this court. 28 U.S.C § 1331.

7. This Court has supplemental jurisdiction over Plaintiff's other claims. 28 U.S.C § 1367(a).

## VENUE

8. Venue lies in the United States District Court for the District of Arizona pursuant to 28 U.S.C. § 1391(b) because the state action was filed in this district and this is the judicial district in which the alleged events giving rise to the claims occurred.

9. Contemporaneously with this filing, Defendants are also filing a Notice of Filing of Removal with the Clerk of the Superior Court, Maricopa County, a copy of which is attached as **Exhibit B**. Defendants have on this date given written notice of this filing to Plaintiff pursuant to 28 U.S.C. § 1446 and Local Rule 3.6.

1  For the foregoing reasons, Defendants respectfully requests that this action be
2  removed from the Arizona Superior Court, Maricopa County to the United States District
3  Court, District of Arizona.
4  DATED August 3, 2020.

**JACKSON LEWIS P.C.**

By: */s/ Monica M. Ryden*
    Monica M. Ryden
    Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and by electronic mail if not registered:

Peter Strojnik
7847 North Central Avenue
Phoenix, AZ  85020
PS@strojnik.com
Plaintiff


/s/ Susan Johnson


4823-5304-4421, v. 1