Clerk of the Superior Court
*** Electronically Filed ***
07/30/2020 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2020-051506             07/29/2020

HONORABLE THEODORE CAMPAGNOLO

CLERK OF THE COURT
G. Chavez
Deputy

PETER STROJNIK           PETER STROJNIK
7847 N CENTRAL AVE
PHOENIX AZ  85020

v.

K S V A HOSPITALITY PARTNERS L L C     BRIAN C LOCKER

JUDGE CAMPAGNOLO

## MINUTE ENTRY

The Court has reviewed and considered Defendant's Request for Judicial Notice. Plaintiff did not file a Response. Defendant requests that this Court take judicial notice of certain federal court filings related to Plaintiff's other lawsuits, attached as Exhibits 1 through 24 of the Request.

Exhibits 1 through 18 are copies of United States District Court minute entries, orders, rulings, or recommendations regarding dismissals of Plaintiff's federal court lawsuits. It appears that only one of those filings is or will be published in an official reporter. The remainder are unpublished rulings, many of which are nothing more than slip opinions or civil docket entries. None of those rulings are precedential, and this Court has not even considered whether any of them have any persuasive value.

Exhibits 19 through 24 are copies of complaints filed by Plaintiff in various federal courts. At this time, the Court has not even considered whether any of those pleadings are relevant or admissible in this case.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2020-051506											07/29/2020


    **IT IS ORDERED** that the Court will take judicial notice only that Exhibits 1 through 24 were pleadings or filings from various United States District Courts. This Court is **not** ruling at this time whether any of those exhibits are relevant or admissible. None of the district court orders have any precedential value, and the Court is not ruling at this time whether any of those orders have any persuasive value in this case.