# DRIFTWOOD HOSPITALITY AMAGEMENT LLC (Operator) – UNITED HOTELS AND RESORTS, LLC (Owner) Dba HOLIDAY INN PHOENIX WEST PREFILING DUE DILIGENCE REPORT

**IDENTIFICION, ADDRESS AND CONTACT INFORMATION**



**FROM DRIFTWOOD WEBSITE**

https://driftwoodhospitality.com/property/

**Reviewed on 07/10/20 @ 5 pm**



Holiday Inn Phoenix-West
1500 North 51st Ave
Phoenix, AZ 85043
**Phone:** 602-484-9009
**Fax:** 602-484-0108
Website

**When you click on "website", Japanese prostitution recruitment website comes up:**





風俗求人でうまくお金を稼ぐなら無難に老舗

風俗でうまくお金を稼ぐ働き方

急遽、お金が必要になることもあるかと思います。大阪難波の高収入求人は日給のお仕事もたくさんありますので、一気に稼ぎたいという方にオススメの求人情報です。一度チェックしてみてください。

効率的にお金を稼ぎたいときには、風俗で働くときの時間帯についても注意してみるとよいでしょう。

まず、風俗を利用される男性の多くは、夜間利用しますので、夜間に仕事に入るようにした方

**Google translation:**





I think there may be times when you need money. There are many daily wage jobs for high-paying jobs in Osaka Namba, so this is the recommended job information for those who want to earn at once. Please check it once.

If you want to make money efficiently, you should also pay attention to the hours when you work in customs.
First of all, many men who use sex do so at night, so it's better to get into work at night so you can make more money.
There are more and more places that are open during the day depending on the sex shop, but since there are more men who are working during the day, the number of customers will decrease accordingly.
At night, many men are used for healing purposes, including office workers who are tired of work, so if you want to make a lot of money in a short time, work at night.
Furthermore, in customs, the number of passengers varies depending on the day of the week.
The number of users is higher when the next day is closed, such as Friday or Saturday, rather than weekdays.
If the next day is a holiday, men will want to stretch their wings, so more people are using the customs.
Also, if you take a day off the next day, you will have time to spare, so there is a high possibility that you can choose a course that takes longer than usual.
It's a good idea to work on Fridays or Saturdays, as you can work longer and get longer options, or get a positive option.

<u>You have to be nominated to work and earn money in customs.</u> Since the hourly wage changes depending on the number of nominations, you need to first create a customer who will nominate you. Until the customer's repeater arrives, the hourly wage basically changes depending on the number of days worked. The more days you work, the higher your hourly wage. If you have a goal and want to earn customs, you can increase your hourly wage by going to work as much as possible. As the number of repeaters increases, the hourly wage can be increased. You will be able to earn money at once because you will be charged a nomination fee along with the hourly wage.

In order to earn customs, it is necessary to increase the number of customers who are nominated. To increase the number of customers, it is important to think about what the other person wants. The way you serve customers also depends on whether you want a lover-like atmosphere or whether you want to hear the story. By doing what you want to the extent that you can, you will be able to satisfy the other person and be a repeater.

It is also important to make you want to meet again. You can make you want to meet again by holding different points from the girls around you. It is also effective to listen to the other person's hobbies from the conversation and to sympathize with them in their personal life.

Since it is a high-paying part-time job and most people pay daily, it seems that they may spend too much money, but since it is an income that can be saved even when playing normally, it is suitable for me from the cabaret part-time job in Kitashinchi Please try to find a part-time job like that.

# The number of sexless women who have no backlines increased

Needless to say in the Showa era, even after entering the Heisei era, there was something like a regret in the work of mistress.

The same goes for being naked, let alone making a man feel good by using his body.

However, when a famous female entertainer released a nude photo book and became a hot topic, and the number of successful sales increased, it seems that the image of women's nakedness has changed.

Furthermore, as the Internet spread to the common people, the contents of the mysterious work of customs began to be understood gradually, and it was recognized among women that there were not only the dark side as I imagined but also the gorgeous side. It became like.

It is not uncommon for a family to get talked about even while looking at a diary written by Miss Customs.

"Mama" and "younger sister, older sister" will appear in your diary.

I feel that the times have changed because I know all the families around me and I can still be a sex profession without being discriminated against, and at the same time, I feel envious that my current customs are very blessed.

I'm happy to be praised by the customers, but it may be more important to be recognized by my family.

However, not everyone is in a blessed environment.

Go to a customs job offer in Kyoto to earn money in a short period of time

I had a debt for a while and decided to apply for a job vacancies because I wanted to return it quickly.
When I think about paying off debts over time and working in customs, I thought it would be better to work in customs.

I didn't know anything about customs until then, but after deciding to work, I investigated various things about customs and learned that there is no production if it is health, so considering illness and pregnancy, health is the best. I thought Kana and chose health.

Originally I did not intend to work for a long time, so soapland that I can earn in a short period of time was also good, but even if I could repay the debt, if a strange illness was transferred and my body was destroyed, it would cost more that's what I thought.

When I started working in health, I was attracted by some new customers because it was a new employee, and my income increased explosively and debt repayment became easier.
Also, when I myself tried not to miss this customer and gave the best service, some people became repeaters, so I was able to earn a stable income.
I was able to pay off my debts in just two months, because I was doing a lot of work in the meantime between other jobs, so I decided to quit my work as well.
If you return it properly, it will take only a few months for two months, so I think that it is possible to work for a short period of customs.

Introducing recommended jobs for married women in Ooku. If you are looking for a Nihonbashi married woman, Mr. Ooku. There is a good way to earn money in the back, so let's have an interview.

**Click on sitemap:**



If you can make money well with sex jobs

HOME > site map

## Site Map

• Creating a good working environment in Kobe

• Pitfalls in interviews with Deriher and soap

• A slogan about money for a sex job

• How to find a good job in Okayama

• If you work safely, you should have a long-established job listing service

• If you're interested in the world of sex, check out Gotanda's job site



### Creating a good working environment with job offers in Kobe

**MORE ▶**

To work in a sex shop, you must be interviewed and hired. What kind of girl would a sex shop want to hire? First and foremost is the decision...



### Pitfalls of interviews with Deriher and soap

**MORE ▶**

Even if you want to work in customs such as deriheru, hoteheru, soap, etc., it does not mean that anyone can work. As a wall that everyone must overcome...



### Catchphrases about money for sex jobs

**MORE ▶**

Among the job offers for deriheru, hoteheru, and soap that you can see on a sex recruitment site, the catchphrase is that you can earn the most money in the territory...



## How to find good jobs in Okayama

The important criterion for choosing a job is the amount of income that you can actually receive, but unless you choose a job that is generally said to be difficult to get the salary you want...

**MORE ▸**



## If you want to work safely, a long-established customs recruitment is good

Some of the shops that offer Deriher, Hoteher, and Soap jobs are new in the last couple of years, and some are older than 10 years ago. Which...

**MORE ▸**



## If you are interested in the world of sex, go to Gotanda's customs recruiting site

Since I originally like sex, I enjoy working with sex. Of course, I don't really feel it at work, but at least this is a customer...

**MORE ▸**



**Soap jobs are a very rewarding job**

For women working in the city, working with soapland is a job that earns a high income. Many soap jobs are unexperienced, and it is a very attractive place to work immediately. Men...

MORE ▸

Creating a good working environment with job offers in Kobe

Pitfalls of interviews with Deriher and soap

Catchphrases about money for sex jobs

How to find good jobs in Okayama

If you want to work safely, a long-established customs recruitment is good

If you are interested in the world of sex, go to Gotanda's customs recruiting site

Soap jobs are a very rewarding job

site map

Copyright © 2017 If you want to make money successfully with customs recruitment. it's safe to say that it is a well-established store .

**WHOIS INFO:**



### westphoenixhotel.com

Updated 1 second ago

#### Domain Information

| | |
|---|---|
| Domain: | westphoenixhotel.com |
| Registrar: | GMO Internet, Inc. d/b/a Onamae.com |
| Registered On: | 2019-11-27 |
| Expires On: | 2020-11-27 |
| Updated On: | 2019-12-04 |
| Status: | ok |
| Name Servers: | 01.dnsv.jp<br>02.dnsv.jp<br>03.dnsv.jp<br>04.dnsv.jp |

#### Registrant Contact

| | |
|---|---|
| Name: | Whois Privacy Protection Service by onamae.com |
| Organization: | Whois Privacy Protection Service by onamae.com |
| Street: | 26-1 Sakuragaoka-cho<br>Cerulean Tower 11F |
| City: | Shibuya-ku |
| State: | Tokyo |
| Postal Code: | 150-8512 |
| Country: | JP |
| Phone: | +81.354562560 |
| Email: | proxy@whoisprotectservice.com |

## Administrative Contact

| | |
|---|---|
| Name: | Whois Privacy Protection Service by onamae.com |
| Organization: | Whois Privacy Protection Service by onamae.com |
| Street: | 26-1 Sakuragaoka-cho<br>Cerulean Tower 11F |
| City: | Shibuya-ku |
| State: | Tokyo |
| Postal Code: | 150-8512 |
| Country: | JP |
| Phone: | +81.354562560 |
| Email: | proxy@whoisprotectservice.com |

## Technical Contact

| | |
|---|---|
| Name: | Whois Privacy Protection Service by onamae.com |
| Organization: | Whois Privacy Protection Service by onamae.com |
| Street: | 26-1 Sakuragaoka-cho<br>Cerulean Tower 11F |
| City: | Shibuya-ku |
| State: | Tokyo |
| Postal Code: | 150-8512 |
| Country: | JP |
| Phone: | +81.354562560 |
| Email: | proxy@whoisprotectservice.com |

**Raw Whois Data**

```
Domain Name: westphoenixhotel.com
Registry Domain ID: 2460296392_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.discount-domain.com
Registrar URL: http://www.onamae.com
Updated Date: 2019-12-04T12:13:56Z
Creation Date: 2019-11-27T12:43:29Z
Registrar Registration Expiration Date: 2020-11-27T00:43:29Z
Registrar: GMO INTERNET, INC.
Registrar IANA ID: 49
Registrar Abuse Contact Email: abuse@gmo.jp
Registrar Abuse Contact Phone: +81.337709199
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: Not Available From Registry
Registrant Name: Whois Privacy Protection Service by onamae.com
Registrant Organization: Whois Privacy Protection Service by onamae.com
Registrant Street: 26-1 Sakuragaoka-cho
Registrant Street: Cerulean Tower 11F
Registrant City: Shibuya-ku
Registrant State/Province: Tokyo
Registrant Postal Code: 150-8512
Registrant Country: JP
Registrant Phone: +81.354562560
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: proxy@whoisprotectservice.com
Registry Admin ID: Not Available From Registry
Admin Name: Whois Privacy Protection Service by onamae.com
Admin Organization: Whois Privacy Protection Service by onamae.com
Admin Street: 26-1 Sakuragaoka-cho
Admin Street: Cerulean Tower 11F
Admin City: Shibuya-ku
Admin State/Province: Tokyo
Admin Postal Code: 150-8512
Admin Country: JP
Admin Phone: +81.354562560
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: proxy@whoisprotectservice.com
Registry Tech ID: Not Available From Registry
Tech Name: Whois Privacy Protection Service by onamae.com
Tech Organization: Whois Privacy Protection Service by onamae.com
Tech Street: 26-1 Sakuragaoka-cho
Tech Street: Cerulean Tower 11F
Tech City: Shibuya-ku
Tech State/Province: Tokyo
Tech Postal Code: 150-8512
Tech Country: JP
Tech Phone: +81.354562560
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: proxy@whoisprotectservice.com
Name Server: 01.dnsv.jp
Name Server: 02.dnsv.jp
Name Server: 03.dnsv.jp
Name Server: 04.dnsv.jp
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2019-12-04T12:13:56Z <<<

For more information on Whois status codes, please visit https://icann.org/epp
```



## 103-30-306

### Owner Information

| | |
|---|---|
| Owner Name: | UNITED HOTELS AND RESORTS LLC |
| Property Address: | 1500 N 51ST AVE PHOENIX 85043 |
| Mailing Address: | 858 W ELLIOTT RD STE 102 TEMPE AZ 85284 |
| Deed Number: | 191059488 |
| Sale Date: | |
| Sale Price: | $ |

### Property Information

| | |
|---|---|
| Lat/Long: | 33.464479, -112.170112 |
| S/T/R: | 5 1N 2E |
| Jurisdiction: | PHOENIX |
| Zoning: | C-2 |
| PUC: | 0411 |
| Lot Size (sq ft): | 119,485 |
| MCR #: | 296-12 |
| Subdivision: | INTERCHANGE SQUARE LOT 1&2 |
| Lot #: | 1 |
| Floor: | 1 |
| Construction Year: | |
| Living Space (sq ft): | |



**ENTITY INFORMATION**

Search Date and Time: 7/10/2020 5:56:21 PM

**Entity Details**

| | | | |
|---|---|---|---|
| Entity Name: | UNITED HOTELS AND RESORTS, LLC | Entity ID: | 23046511 |
| Entity Type: | Foreign LLC | Entity Status: | Active |
| Formation Date: | 12/20/2019 | Reason for Status: | In Good Standing |
| Approval Date: | 1/3/2020 | Status Date: | 1/3/2020 |
| Original Incorporation Date: | 12/15/2014 | Life Period: | Perpetual |
| Business Type: | HOTEL | Last Annual Report Filed: | |
| Domicile State: | DELAWARE | Annual Report Due Date: | |
| | | Years Due: | |
| Original Publish Date: | | | |

**Statutory Agent Information**

| | | | |
|---|---|---|---|
| Name: | Kevin R Brooks | Appointed Status: | Active 1/3/2020 |
| Attention: | | | |
| Address: | 858 W Elliot Road, Suite 102, TEMPE, AZ 85284, USA | | |
| Agent Last Updated: | 1/3/2020 | E-mail: | |
| Attention: | | Mailing Address: | 858 W Elliot Road, Suite 102, TEMPE, AZ 85284, USA |
| County: | Maricopa | | |

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|---|
| Member and Manager | ALEX S XU | | 858 W. ELLIOT ROAD, SUITE 102, TEMPE, AZ, 85284, Maricopa County, USA | 12/20/2019 | 1/3/2020 |

Page 1 of 1, records 1 to 1 of 1

**Address** ⓘ

| Attention: | Address: | County: | Last Updated: |
|---|---|---|---|

**Entity Principal Office Address**

| | | | |
|---|---|---|---|
| Attention: | Address: 858 W. ELLIOT ROAD, SUITE 102, TEMPE, AZ, 85284, USA | County: Maricopa | Last Updated: 1/3/2020 |

**BUT**

AFTER RECORDING RETURN TO:

John Rawicz, Esq.
Stearns Weaver Miller
Weissler Alhadeff & Sitterson, P.A.
Museum Tower, Suite 2200
150 Flagler Street
Miami, FL 33130

39003398- RD 3/8          *This space provided for recorder's use.*

## SPECIAL WARRANTY DEED

Grantor, Fiesta Inn Associates, LLLP, an Arizona limited liability limited partnership, who acquired title as Fiesta Inn Associates, an Arizona limited partnership conveys and specially warrants to Grantee, CGD Tempe, L.P., a Delaware limited partnership, the real property described in Exhibit A attached hereto and made a part hereof (the "Property"), free of encumbrances created or suffered by Grantor, except as specifically set forth in Exhibit B attached hereto and made a part hereof.

Grantor warrants and will defend the title of the Property against all persons who lawfully claim the same by, through or under Grantor.

The Property is conveyed in its "AS IS," "WHERE IS" and "WITH ALL FAULTS" condition, without any warranties by Grantor (other than the special warranty of title set forth above), and Grantor specifically disclaims any warranties as to condition, fitness or suitability for any particular use or purpose, merchantability, or habitability of the Property.

Dated:          December 15          , 2005.

### SELLER

**FIESTA INN ASSOCIATES, LLLP,**
an Arizona limited liability limited partnership,
who acquired title as Fiesta Inn Associates, an
Arizona limited partnership

By: Fiesta Jack, Ltd., an Arizona corporation
Its:   corporate general partner

By:
Name:   David C. Graves
Title:   President

By:
Name:   John R. Higgins
Title:   Vice President

## EXHIBIT A

### Legal Description

Lot 9, Freeway Commerce Center Amended, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona in Book 187 of Maps, page 7.

Unofficial

## AFFIDAVIT OF PROPERTY VALUE

FOR 20 Document

1. ASSESSOR'S PARCEL IDENTIFICATION NUMBER(S)

Primary Parcel: 103-30-306

BOOK   MAP   PARCEL   SPLIT

Does this sale include any parcels that are being split / divided?
Check one:   Yes ☐   No ☒

How many parcels, other than the Primary Parcel, are included in this sale?

Please list the additional parcels below (attach list if necessary):

(1) _____   (3) _____
(2) _____   (4) _____

2. SELLER'S NAME AND ADDRESS:

Champion Hotel Investment of Phoenix, LLC
c/o Lewis Roca Rothgerber Christie LLP, 201 East
Washington Street, Suite 1200
Phoenix, AZ 85004

3. (a) BUYER'S NAME AND ADDRESS:

United Hotels and Resorts, LLC
858 West Elliott Road, Suite 102
Tempe, AZ 85284

(b) Are the Buyer and Seller related?   Yes ☐   No ☒
If Yes, state relationship:

4. ADDRESS OF PROPERTY:

1500 N 51st Ave.
Phoenix, AZ 85043

5. (a) MAIL TAX BILL TO: (Taxes due even if no bill received)

United Hotels and Resorts, LLC
858 West Elliott Road, Suite 102
Tempe, AZ 85284

(b) Next tax payment due

6. PROPERTY TYPE (for Primary Parcel): NOTE: Check Only One Box
a. ☐ Vacant Land          f. ☒ Commercial or Industrial Use
b. ☐ Single Family Residence   g. ☐ Agricultural
c. ☐ Condo or Townhouse    h. ☐ Mobile or Manufactured Home
                              ☐ Affixed  ☐ Not Affixed
d. ☐ 2-4 Plex             i. ☐ Other Use; Specify:
e. ☐ Apartment Building

7. RESIDENTIAL BUYER'S USE: If you checked b, c, d or h in item 6 above, please check one of the following:
a. ☐ To be used as a primary residence.
b. ☐ To be rented to someone other than a " qualified family member."
c. ☐ To be used as a non-primary or secondary residence.
See reverse side for definition of a primary residence, secondary residence" and family member."

8. If you checked e or f in item 6 above, indicate the number of units 141 For Apartments, Motels / Hotels, Mobile Home / RV Parks.   rooms

THE UNDERSIGNED BEING DULY SWORN, ON OATH, SAYS THAT THE FOREGOING INFORMATION IS A TRUE AND CORRECT STATEMENT OF THE FACTS PERTAINING TO THE TRANSFER OF THE ABOVE DESCRIBED PROPERTY.

9. TYPE OF DEED OR INSTRUMENT (Check Only One Box):
a. ☐ Warranty Deed          d. ☐ Contract or Agreement
b. ☒ Special Warranty Deed  e. ☐ Quit Claim Deed
c. ☐ Joint Tenancy Deed     f. ☐ Other:

10. SALE PRICE:          $  $10,200,000.00

11. DATE OF SALE (Numeric Digits):   11/ 2019
                                      Month / Year

12. DOWN PAYMENT         $   500,000.00

13. METHOD OF FINANCING:
a. ☒ Cash (100% of Sale Price)    e. ☐ New loan(s) from financial Institution:
b. ☐ Barter or Trade                  (1) ☐ Conventional
                                      (2) ☐ VA
c. ☐ Assumption of existing loan(s)   (3) ☐ FHA
                                  f. ☐ Other financing; Specify:
d. ☐ Seller Loan (Carryback)

14. PERSONAL PROPERTY (see reverse side for definition):
a. Did the Sale Price in Item 10 include Personal Property that impacted the Sale Price by 5 percent or more?   Yes ☒   No ☐
b. If Yes, provide the dollar amount of the Personal Property:
$  $980,000.00  00  AND
briefly describe the personal property:   F, F & E

15. PARTIAL INTEREST: If only a partial ownership interest is being sold, briefly describe the partial interest:   N/A

16. SOLAR / ENERGY EFFICIENT COMPONENTS:
(a) Did the Sale Price in Item 10 include solar energy devices, energy efficient building components, renewable energy energy equipment or combined heat and power systems that impacted the Sale Price by 5 percent or more?   Yes ☐   No ☒
If Yes, briefly describe the solar / energy efficient components:

17. PARTY COMPLETING AFFIDAVIT (Name, Address, Phone Number):
Buyer and Seller herein

18. LEGAL DESCRIPTION (attach copy if necessary):
See attached Exhibit "A"

Signature of Seller / Agent
State of _____   County of _____
Subscribed and sworn to before me on this 31 day of Dec 20 19
Notary Public _____
Notary Expiration Date 7-6-23

**LINDA FRANCIS**
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 566264
Expires July 6, 2023

Signature of Buyer / Agent
State of Arizona   County of Maricopa
Subscribed and sworn to before me on this 31 day of Dec 20 19
Notary Public _____
Notary Expiration Date 7-6-23

**LINDA FRANCIS**
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 566264
Expires July 6, 2023

DOR FORM 82162 (04/2014)

21

**EXHIBIT "A"**
**LEGAL DESCRIPTION**

Lot 1, INTERCHANGE SQUARE, according to Book 296 of Maps, Page 12, records of Maricopa County, Arizona.

## ENTITY INFORMATION

Search Date and Time: 7/11/2020 11:38:56 AM

### Entity Details

| | | | |
|---|---|---|---|
| **Entity Name:** | DRIFTWOOD HOSPITALITY MANAGEMENT, LLC | **Entity ID:** | R21371372 |
| **Entity Type:** | Foreign LLC | **Entity Status:** | Active |
| **Formation Date:** | 11/10/2016 | **Reason for Status:** | In Good Standing |
| **Approval Date:** | 11/14/2016 | **Status Date:** | |
| **Original Incorporation Date:** | 11/10/2016 | **Life Period:** | Perpetual |
| **Business Type:** | | **Last Annual Report Filed:** | |
| **Domicile State:** | Delaware | **Annual Report Due Date:** | |
| | | **Years Due:** | |
| **Original Publish Date:** | | | |

### Statutory Agent Information

| | | | |
|---|---|---|---|
| **Name:** | CORPORATION SERVICE COMPANY | **Appointed Status:** | Active 11/14/2016 |
| **Attention:** | | | |
| **Address:** | 8825 N 23rd Avenue, Suite 100, Phoenix, AZ 85021, USA | | |
| **Agent Last Updated:** | 8/31/2018 | **E-mail:** | |
| **Attention:** | | **Mailing Address:** | |
| **County:** | Maricopa | | |

**Principal Information**

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|-------|------|-----------|---------|----------------------|--------------|
| Manager | CARLOS J RODRIGUEZ | | 255 ALHAMBRA CIRCLE STE 760, CORAL GABLES, FL, 33134, USA | 11/10/2016 | 11/14/2016 |
| Manager | DAVID BUDDEMEYER | | 11770 N US HWY 1 STE 2020, NORTH PALM BEACH, FL, 33408, USA | 11/10/2016 | 11/14/2016 |
| Member | DRIFTWOOD HOSPITALITY MANAGEME | | 11770 N US HWY 1 STE 202 STE 760, NORTH PALM BEACH, FL, 33408, USA | 11/10/2016 | 11/14/2016 |

Page 1 of 1, records 1 to 3 of 3

**Address** ⓘ

| Attention: | Address: 8825 N 23rd Avenue, Suite 100, Phoenix, AZ, 85021, USA | County: Maricopa | Last Updated: 8/31/2018 |
|---|---|---|---|

**Entity Principal Office Address**

| Attention: | Address: % CORPORATION SERVICE COMPANY 2711 CENTERVILLE RD STE 400, WILMINGTON, DE, 19808, USA | County: Maricopa | Last Updated: |
|---|---|---|---|

## CALL

### 2020-07-11 CALL TO HOTEL
### PER LILIAN – HOTEL IS ADA COMPLIANT

### 28 C.F.R. 36.302(e)(1)(ii) DISCLOSURES
### https://www.ihg.com/holidayinn/hotels/us/en/phoenix/phxaz/hoteldetail

## *Accessibility*

**Accessible Hotel Areas**

- Public Entrance
- Guest Rooms
- Elevators
- Public Restrooms
- Registration Desk
- Exercise Facility
- Business Center
- Number of Accessible Meeting Rooms: 5

**Hotel Areas with Accessible Routes from Accessible Public Entrance**

- Registration Area
- Accessible Guest Rooms
- Business Center
- Meeting Room
- Exercise Facility
- Pool

### Provided by Hotel

- Accessible Self-Parking
- Van Accessible Self Parking
- Ramp Access
- Portable Bathtub Seats
- Closed Caption TVs
- Telephone with TDD
- Visual Alarm/Alert in Guest Rooms
- Visual Alarm/Alert in Public Spaces
- Communication Kits with Visual Alarms

| ROOMS |
|---|
| https://www.ihg.com/holidayinn/hotels/us/en/find-hotels/hotel/rooms?qDest=1500%20North%2051st%20Avenue,%20Phoenix,%20AZ,%20US&qCiMy=62020&qCiD=11&qCoMy=62020&qCoD=12&qAdlt=1&qChld=0&qRms=1&qRtP=6CBARC&qSlH=PHXAZ&qAkamaiCC=US&qSrt=sDD&qBrs=re.ic.in.vn.cp.vx.hi.ex.rs.cv.sb.cw.ma.ul.ki.va.ii.sp.nd.ct.sx&qAAR=6CBARC&qWch=1&qSmP=1&setPMCookies=true&qRad=30&qRdU=mi&srb_u=1&qSHBrC=HI |



**ONLY 1 ROOM CATEGORY AVAILABLE. THERE ARE AT LEAST 4 MORE CATEGORIES:**



("2 BEDS" COVERS 2 DOBLE BEDS AND TWO QUEEN BEDS CATEGORIES)

| PRIOR CASE AND ATTORNEY |
| --- |

*Gastelum v. Champion Hotel Investment of Phoenix,* Case No: 2:17-cv-03834-DJH

Jodi L. Mullis
Arizona Bar No. 024044
jlmullis@wshblaw.com
Mia Nguyen

Arizona Bar No. 030796
mianguyen@wshblaw.com
**WOOD, SMITH, HENNING&BERMAN LLP**
2525 E. Camelback Road, Suite 450
Phoenix, Arizona 85016-4210
Phone: 602-441-1300 ♦ Fax 602-441-1350
*Attorneys for CGD Tempe, L.P.*

## PERSONAL BARRIER ECOUNTERS
## 2020-07-11



Identification.





Accessibl prking slope too steep.



No marked passenger loading zone.



Passenger loading zone too steep





Improperly configured accessibility counter.





Inaccessible bar.



No access from parking to lobby – no curb ramps.



No van accessible marking anywhere.

**Identification of Specific Barrier in Plain Language:** As indicate below each photo.

**The date when Plaintiff encountered above described barriers and which deter Plaintiff from visiting the Facility:** On or about July 10-11-2020.