Peter Strojnik,
7847 N. Central Avenue
Phoenix, Arizona 85020
Telephone: (602) 524-6602
ps@strojnik.com

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

| Peter Strojnik, | Case No: 2:20-CV-01532-DJH |
|---|---|
| Plaintiff, | **NOTICE RE PLAINTIFF'S ATTEMPT TO CGD's FAILURE TO HONOR RESERVATION (RELATES TO Doc 16)** |
| vs. | |
| (1)   Driftwood Hospitality Management, LLC; (2) United Hotels and Resorts, LLC; (3) CGD Tempe LP, | |
| Defendants. | |

In his Response to Defendant's Motion to Dismiss, Dkt. 16 (hereafter "[16]"), Plaintiff advised the Court that he had reserved a room at Defendant CGD Tempe, LP's Hotel dba DoubleTree by Hilton, and attached to the Motion as [16-10] a copy of the booking reservation for November 8, 2020.

On November 8, 2020, Plaintiff contacted the hotel to inquire whether he could check in early. The hotel clerk advised that the accessible room that Plaintiff had booked was not available because, according to the clerk, there was a pipe leak in the room above that leaked into the accessible room below. The clerk advised that the Hotel had another accessible room, but it was occupied. There were no other accessible rooms available to Plaintiff.

Plaintiff found it curious that the one accessible room that had been set aside for him suffered water damage and that the only other accessible room in this 270 room hotel was occupied. Plaintiff also found it curious because just the day before, the hotel confirmed the booking. Exhibit 1.

Later in the day on November 8, 2020 Plaintiff, out of sheer curiosity, reviewed a booking website to determine whether the hotel truly had no accessible rooms available. He learned that there *were* accessible rooms available, *just not for Plaintiff.* Exhibit 2.

Plaintiff gives this notice primarily to avoid criticism regarding his statements in [16] and to confirm the factual accuracy of [16-10]. Additional action may ensue.

RESPECTFULLY SUBMITTED THIS 8th day of November, 2020.

**PETER STROJNIK**

_____
Plaintiff

ECF filed