Peter Strojnik,
7847 N. Central Avenue
Phoenix, Arizona 85020
Telephone: (602) 524-6602
ps@strojnik.com

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

| | |
|---|---|
| Peter Strojnik,<br><br>Plaintiff,<br><br>vs.<br><br>(1) Driftwood Hospitality Management, LLC; (2) United Hotels and Resorts, LLC; (3) CGD Tempe LP,<br><br>Defendants. | Case Nos: 2:20-cv-01532-PHX-DJH<br>**2:20-cv-00343**<br>2:20-cv-01434<br><br>CONSOLIDATED<br><br>**MOTION TO ENFORCE SCHEDULING ORDER IN 2:20-cv-00343** |

On May 26, 2020, the Honorable Dominic W. Lanza issued the Case Management Order in the *New Crescent* case, Dkt. 31 in case 2:20-cv-00343, which ordered, in part, that "[a]ll parties and their counsel shall meet in person and engage in good faith settlement talks no later than December 18, 2020". *Id.* at ¶10.

On December 1, 2020, Plaintiff issued to Mr. Leavitt a reminder email ("Please provide dates for the 'in person' settlement talks. ('Good Faith Settlement Talks. All parties and their counsel shall meet in person and engage in good faith settlement talks no later than December 18, 2020')". Mr. Leavitt did not respond, he did not request an alternative date, he did not request a stipulation amending the deadline.

The docket in this matter shows that Mr. Leavitt's client, New Crescent Investments, LLC, the owner of a mega hotel at Dunlap and I-17, has been sued three times for ADA violations. One would expect the hotel to welcome a settlement conference knowing, as it does, that Plaintiff's remediation requirement are benign, requiring a good faith review of the hotel for ADA compliance and employment of best efforts to remediate readily achievable remediations.

New Crescent's conduct of this case, however, shows no interest in settlement. Instead of resolving the matter amiably, as the two previous cases have been, Mr. Leavitt keeps unnecessarily increasing everyone's costs, fees and time investment through a docket that Mr. Leavitt has managed to top 60 entries. It is worthy of note that while Mr. Leavitt cavalierly blows off a court ordered *settlement* deadline, he has no difficulty attacking Plaintiff for *trying* to settle while complaining about Plaintiff's superior negotiating techniques.

Plaintiff request that the Court order New Crescent and Mr. Leavitt to participate in settlement discussions as ordered, and to sanction Mr. Leavitt for $100.00 payable to a 501(c)(3) organization for the disabled of Mr. Leavitt's choice.

RESPECTFULLY SUBMITTED THIS 18th day of December, 2020.

**PETER STROJNIK**

Plaintiff

ECF filed