Lindsay G. Leavitt – 029110
Lleavitt@jsslaw.com
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
One East Washington Street
Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Peter Strojnik, | No. CV-20-01532-PHX-DJH |
|---|---|
| Plaintiff | CV-20-00343-PHX-DWL |
| vs. | CV-20-01434-PHX-JJT |
| New Crescent Investments, LLC, d/b/a Sheraton Crescent Phoenix, | (Consolidated) |
| Defendant. | **SUPPLEMENTAL BRIEF** |

Pursuant to the Court's Order dated December 16, 2020, Defendant New Crescent Investments, LLC d/b/a Sheraton Crescent Phoenix ("New Crescent") files this Supplemental Briefing.

On October 29, 2019, Magistrate Judge Donna M. Ryu of the U.S. District Court (Northern District of California) ordered Mr. Strojnik to provide the Court (under the penalty of perjury) with supplemental information into his filing practices, including the number of ADA cases he had filed in California, the amounts of settlements he had collected, etc. See **Exhibit A**. Mr. Strojnik filed objections to the Court's Order, which in the Court's own words were "not well taken." Judge Ryu issued a follow-up order on March 19, 2020, requiring Mr. Strojnik to "fully comply with the court's order of October 29, 2019." See **Exhibit B**.

Mr. Strojnik filed his Response on March 21, 2020. See **Exhibit C**. In his Response, he lists 116 ADA cases that he had filed in California federal court between

1  December 10, 2018 – July 11, 2019. Of those 116 cases, Mr. Strojnik alleged that 57
2  had been settled by March 21, 2020. The total amount collected by Mr. Strojnik from
3  those 57 settlements was $249,079.00.[1] It is unknown to New Crescent how many of
4  the pending 59 cases Mr. Strojnik has settled since March 20, 2020.

5        Mr. Strojnik's spreadsheet (attached to Exhibit C) is rife with fuzzy math and
6  accounting, particularly in the "fixed investigation costs" and "travel costs" which he
7  estimates at $110,000.00.  That amount does not appear to be out-of-pocket costs,
8  rather it is an estimate of his time spent, as Mr. Strojnik personally performs the
9  inspections and prepares the "due diligence" reports for each case. In his deposition
10 taken by undersigned counsel, Mr. Strojnik estimates his time to be worth
11 $650.00/hour. See **Exhibit D**. Furthermore, Mr. Strojnik typically "inspects" multiple
12 hotels in a single day—thus his travel costs and investigation costs appear grossly
13 exaggerated.

14       Shortly after Mr. Strojnik filed his Response, Judge Ryu issued a ruling
15 declaring him a Vexatious Litigant. See **Exhibit E**.

16       RESPECTFULLY SUBMITTED this 18th day of December, 2020.

                                      JENNINGS, STROUSS & SALMON, P.L.C.

                                      By *s/ Lindsay G. Leavitt*
                                      Lindsay G. Leavitt
                                      One East Washington Street, Suite 1900
                                      Phoenix, Arizona  85004-2554
                                      *Attorneys for Defendant*

---

[1] Undersigned counsel inadvertently added the Settlement Amount and Total Costs columns together when calculating Mr. Strojnik's total settlements of more than $400,000.

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on December 18, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Srojnik
7847 N. Central Avenue
Phoenix, AZ 85020
ps@strojnik.com

James C. Word
Christian.word@lw.com

Tracy A. Warren
twarren@buchalter.com
ccaufiled@buchalter.com
docket@buchalter.com

Laurent Badoux
lbadoux@buchalter.com
lharpel@buchalter.com

Monica M. Ryden
Monica.ryden@jacksonlewis.com
phoenixdocketing@jacksonlewis.com
Susan Johnson
susan.johnson@jacksonlewis.com

☐ I hereby certify that on December 18, 2020, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

                              s/ Tana Davis-Digeno

7440850v1(69171.1)