Peter Strojnik,
7847 N. Central Avenue
Phoenix, Arizona 85020
Telephone: (602) 524-6602
ps@strojnik.com

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik,<br><br>  Plaintiff,<br><br>vs.<br><br>(1)  Driftwood Hospitality Management, LLC; (2) United Hotels and Resorts, LLC; (3) CGD Tempe LP,<br><br>  Defendants. | Case Nos: 2:20-cv-01532-PHX-DJH<br>**2:20-cv-00343**<br>2:20-cv-01434<br><br>CONSOLIDATED<br><br>**MOTION FOR SANCTIONS** |

In his Vexatious Litigant Motion in the *New Crescent* matter, Mr. Leavitt represented to the Court that "Mr. Strojnik …recently disclosed to a federal court in an Order to Show Cause hearing [that] has collected more than $400,000 in settlements from hoteliers in the previous 12 months". In her Order, Dkt. 26, the Court required Mr. Leavitt to provide proof of this outrageous misstatement.

Of course, Mr. Leavitt could not provide proof of such outrage. Instead, what he provided is this:

| | |
|---|---:|
| Total Settlement /Judgment Recovery for 117 cases | $249,079 |
| (Filing and Service Fees) | (55,960) |
| ($58,000 investigative fees) | (58,000) |
| (Equipment, paper, mailing, printing costs at $465 per case) | (5,800) |
| (Travel Costs Averaged at $450 per hotel) | (52,000) |
| **NET FROM SETTLEMENTS FOR 117 CASES** | **$77,119** |
| **NET PER CASE** | **$664.81** |

None of these cases were filed in the State Court as here[1]. None of those cases were filed in the Arizona District Court. None were filed after March 20, 2020. The cases do not involve "the previous 12 months". They were all filed in California.

Mr. Leavitt also conveniently forgets to mention that these cases were filed pursuant to California's Unruh Civil Rights Act and the California Disabled Persons Act which provide mandatory statutory damages of $4,000 and $1,000, respectively, per violation.

Mr. Leavitt's disclosure involves 117 cases for a period of 2 years± which translates to $124,539.50 *gross.* This is a far cry from Mr. Leavitt's $400,000 representation. In other words, Mr. Leavitt's statement misrepresents the gross amount by 69% and the net amount by a factor of 10.

Henceforth, everything that Mr. Leavitt says should be reduced by a factor of 10 in order to approximate the truth.

Mr. Leavitt's deconstruction of the facts is obvious, notorious and constant. Mr. Leavitt should be sanctioned for lack of candor in a manner appropriate to his misdeeds.

RESPECTFULLY SUBMITTED THIS 18th day of December, 2020.

**PETER STROJNIK**

Plaintiff

ECF filed

---

[1] The case was removed by Mr. Leavitt.