# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik,<br><br>    Plaintiff,<br><br>v.<br><br>Driftwood Hospitality Management LLC, et al.,<br><br>    Defendants. | No. CV-20-01532-PHX-DJH<br><br>**ORDER** |

Pending before the Court are Defendants' Motions to Declare Plaintiff a Vexatious Litigant. (Doc. 17); (Doc. 51 in CV-20-00343); (Doc. 22 in CV-20-01423).

**IT IS ORDERED** that Plaintiff file a declaration verified under penalty of perjury that provides the following information about his Americans with Disabilities Act ("ADA") practice:

1. How many ADA cases has Plaintiff filed as a *pro se* litigant in Arizona? And of these cases:
    a. How many have been tried on the merits?
    b. How many has Plaintiff voluntarily dismissed?
    c. How many have settled?
2. What is the total amount of money Plaintiff has recovered in settlements from his *pro se* ADA cases filed in Arizona? What is the average recovery in those cases?

…

**IT IS FURTHER ORDERED** that Plaintiff shall file the required declaration by no later than January 4, 2021.

Dated this 18th day of December, 2020.

Honorable Diane J. Humetewa
United States District Judge