Clerk of the Superior Court
*** Electronically Filed ***
05/29/2020 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2020-051506                                              05/28/2020


                                              CLERK OF THE COURT
HONORABLE THEODORE CAMPAGNOLO               A. Wood
                                                Deputy



PETER STROJNIK                              PETER STROJNIK
                                            7847 N CENTRAL AVE
                                            PHOENIX AZ  85020

v.

K S V A HOSPITALITY PARTNERS L L C          BRIAN C LOCKER



                                            JUDGE CAMPAGNOLO



**MINUTE ENTRY**

        The Court has reviewed and considered Defendant's Motion to Declare Plaintiff a
Vexatious Litigant, Plaintiff's Response thereto, Defendant's Reply, the relevant filings in this
case, and the applicable law. Defendant combined a motion to dismiss with this Motion, which
resulted in an Order from this Court to refile the Motion to Dismiss as a separate pleading. The
Court will consider the Motion to Dismiss at the appropriate time. The Court finds that an
evidentiary hearing, as requested by Plaintiff, would not be helpful or appropriate on this Motion.

        Defendant requests this Court to declare Plaintiff a vexatious litigant based upon his history
of filing frivolous pleadings as an attorney. A.R.S. §12-3201 was enacted to prevent *pro se* litigants
from abusing the Court system. The statute does not include lawyers, because safeguards are in
place to sanction errant lawyers.

        In this case, Plaintiff, who was a lawyer, was sanctioned by disbarment on May 10, 2019
by the Arizona Supreme Court for the filing of numerous frivolous pleadings on behalf of clients.
There is nothing of substance in Defendant's Motion that delineates any violations that Plaintiff
has committed as a *pro se* litigant. Even if the Court determines that this case was filed frivolously,
which has not yet been considered by the Court, one instance would not amount to "vexatious

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2020-051506                                              05/28/2020


conduct" as defined in §12-3201.

 Plaintiff's history as a lawyer was less than stellar when it came to filing lawsuits. However, Plaintiff has been punished for those offenses. The Court is not going to further punish Plaintiff for filing one lawsuit in Arizona as a *pro se* litigant, simply because Defendant believes it is frivolous. Further, this Court has no authority under §12-3201 to sanction Plaintiff for misconduct he committed when he was a lawyer. Defendant failed to present any showing that Plaintiff has continued a pattern of misconduct as a *pro se* litigant, such that it would amount to vexatious conduct under §12-3201.

 **IT IS ORDERED** that Defendant's Motion to Declare Plaintiff a Vexatious Litigant is denied.