Clerk of the Superior Court
*** Electronically Filed ***
10/13/2020 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2020-053929                                                    10/09/2020


                                                   CLERK OF THE COURT
HONORABLE THEODORE CAMPAGNOLO                              G. Chavez
                                                           Deputy



PETER STROJNIK                          PETER STROJNIK
                                        7847 N CENTRAL AVE
                                        PHOENIX AZ  85020


v.

IMARA HOLDINGS INC                      JOHN J DALLER



                                        JUDGE CAMPAGNOLO



                          **<u>MINUTE ENTRY</u>**

        The Court has reviewed and considered Defendant Imara Holdings, Inc.'s Motion for an
Order Declaring Peter Strojnik a Vexatious Litigant, Plaintiff's Verified Response thereto and
Request Limited Discovery and for Evidentiary Hearing, Defendant's Reply, the relevant filings
in this case, and the applicable law. The Court finds that Plaintiff's request for limited discovery
and an evidentiary hearing is unnecessary. The Court finds that oral arguments would not
significantly assist the Court in ruling on the Motion. *See* Maricopa County Local Rule 3.2(d).

        Defendant requests this Court to declare Plaintiff a vexatious litigant based upon his
history of filing frivolous pleadings as an attorney, as well as the fact that he has filed a number
of pleadings as an "ADA tester" as an unrepresented litigant. A.R.S. §12-3201 was enacted to
prevent *pro se* litigants from abusing the Court system. The statute does not include lawyers,
because safeguards are in place to sanction errant lawyers.

        In this case, Plaintiff, who was a lawyer, was disbarred on May 10, 2019 by the Arizona
Supreme Court for the filing of numerous frivolous pleadings on behalf of clients. There is
nothing of substance in Defendant's Motion that delineates any violations that Plaintiff has
committed as a *pro se* litigant, other than filing a number of similar lawsuits in Maricopa County
and the federal courts as an ADA tester.

Docket Code 019                    Form V000A                              Page 1

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2020-053929                                                    10/09/2020

       Plaintiff's history as a lawyer was less than stellar when it came to filing frivolous lawsuits. However, Plaintiff has been punished for those offenses. The Court is not going to further punish Plaintiff for simply filing lawsuits in Arizona as a *pro se* litigant. The filing of numerous ADA lawsuits against different defendants, in and of itself, is not a violation of A.R.S. §12-3201. Plaintiff avows that he is an ADA tester, which means that he intends to file lawsuits alleging violations of the ADA. Other than the mere fact that Plaintiff has filed a number of lawsuits as an unrepresented litigant, Defendant failed to present any showing that Plaintiff has committed acts in violation of A.R.S. §12-3201(E).

       IT IS ORDERED that Defendant Imara Holdings, Inc.'s Motion for an Order Declaring Peter Strojnik a Vexatious Litigant is denied.

       IT IS FURTHER ORDERED that Plaintiff's Request Limited Discovery and for Evidentiary Hearing is denied as moot.