Lindsay G. Leavitt – 029110
Lleavitt@jsslaw.com
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
One East Washington Street
Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik,<br><br>Plaintiff<br><br>vs.<br><br>New Crescent Investments, LLC, d/b/a Sheraton Crescent Phoenix,<br><br>Defendant. | No. CV-20-01532-PHX-DJH<br>CV-20-00343-PHX-DWL<br>CV-20-01434-PHX-JJT<br>(Consolidated)<br><br>**DEFENDANT NEW CRESCENT INVESTMENTS' SECOND SUPPLEMENTAL BRIEF** |

Defendant New Crescent Investments LLC hereby provides notice to the Court that Mr. Strojnik has (as of December 16, 2020) been declared a vexatious litigant in Santa Clara County Superior Court. See **Exhibit A**. In its ruling, the Santa Clara County judge "harbors doubts that [Mr. Strojnik] has a reasonable probability of prevailing" in his lawsuit and ordered him to post a $50,000 bond to cover the defendant's attorneys' fees and costs in the event Mr. Strojnik did not prevail in his case. If he was unable to post the $50,000 bond within 20 days, his case would be dismissed.

New Crescent requests that the Court take judicial notice of the California state ruling, declare Mr. Strojnik a vexatious litigant in all federal courts in the U.S., and order him to, among other things, post a bond that could cover the defendants' costs of defending his frivolous lawsuits.

7444776v1(69171.1)

RESPECTFULLY SUBMITTED this 21st day of December, 2020.

JENNINGS, STROUSS & SALMON, P.L.C.

By *s/ Lindsay G. Leavitt*
Lindsay G. Leavitt
One East Washington Street, Suite 1900
Phoenix, Arizona 85004-2554
*Attorneys for Defendant*

7444776v1(69171.1)

## CERTIFICATE OF SERVICE

☒ I hereby certify that on December 21, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Srojnik
7847 N. Central Avenue
Phoenix, AZ 85020
ps@strojnik.com

James C. Word
Christian.word@lw.com

Tracy A. Warren
twarren@buchalter.com
ccaufiled@buchalter.com
docket@buchalter.com

Laurent Badoux
lbadoux@buchalter.com
lharpel@buchalter.com

Monica M. Ryden
Monica.ryden@jacksonlewis.com
phoenixdocketing@jacksonlewis.com
Susan Johnson
susan.johnson@jacksonlewis.com

☐ I hereby certify that on December 21, 2020, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

                                                    s/ Tana Davis-Digeno