Lindsay G. Leavitt – 029110
Lleavitt@jsslaw.com
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
One East Washington Street
Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911

*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Peter Strojnik,<br><br>Plaintiff<br><br>vs.<br><br>New Crescent Investments, LLC, d/b/a Sheraton Crescent Phoenix,<br><br>Defendant. | No. CV-20-01532-PHX-DJH<br>CV-20-00343-PHX-DWL<br>CV-20-01434-PHX-JJT<br>(Consolidated)<br><br>**DEFENDANT NEW CRESCENT INVESTMENTS LLC'S RESPONSE TO PLAINTIFF'S VERIFIED DECLARATION IN RESPONSE TO ORDER** |

Defendant New Crescent Investments LLC hereby Responds to Mr. Strojnik's Verified Declaration in which he claimed that his ADA lawsuits are a money-losing enterprise. The Court's Order required Mr. Strojnik to disclose the total settlements from his *pro se* ADA **cases** in Arizona. Mr. Strojnik responded with the total amount he alleges he has collected from his ADA **claims.** There is a large difference between the monetary value of Mr. Strojnik's ADA **cases** versus his ADA **claims**.

This is because Mr. Strojnik's ADA **claims** have no monetary value—ADA claims do not allow private damages and Mr. Strojnik, a disbarred attorney, is not entitled to his attorneys' fees. He is only entitled to a reimbursement of his out-of-pocket costs. As more fully discussed in New Crescent's Vexatious Litigant Motion, Mr. Strojnik artificially inflates the value of his cases by bootstrapping baseless tort claims to his ADA claims. It appears that Mr. Strojnik is claiming he has only received

1 $5,040.48 for his ADA **claims**—and that number represents his filing and service
2 process fees. Mr. Strojnik's settlements collected from his ADA **cases**, however,
3 greatly exceeds the $5,040.48 he disclosed to the Court.

4     Attached for the Court's consideration is a settlement agreement that Mr.
5 Strojnik entered into with Defendant KSVA Hospitality Partners, LLC ("KSVA") on
6 October 5, 2020. See **Exhibit A**. It provides that KSVA would pay Mr. Strojnik
7 $7,500.00 for a release of all current and future ADA claims. On a side note, the
8 settlement agreement does not even contain a requirement that the defendant remedy
9 the purported ADA violations Mr. Strojnik raised in his complaint and which,
10 presumably, were the basis of his entire lawsuit. This obviously calls into question the
11 intention of Mr. Strojnik's ADA lawsuits in the first place.

12     New Crescent is not privy to all the settlement amounts Mr. Strojnik has
13 received in the thirteen ADA cases he has allegedly settled. But, if the settlement
14 agreement between him and KSVA is any indication, he has collected an amount that
15 greatly exceeds the $5,040.48 he disclosed to the Court in his Verified Declaration.

16     RESPECTFULLY SUBMITTED this 21st day of December, 2020.

JENNINGS, STROUSS & SALMON, P.L.C.

By *s/ Lindsay G. Leavitt*
Lindsay G. Leavitt
One East Washington Street, Suite 1900
Phoenix, Arizona 85004-2554
*Attorneys for Defendant*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | ☒ I hereby certify that on December 21, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: |

Peter Srojnik
7847 N. Central Avenue
Phoenix, AZ 85020
ps@strojnik.com

James C. Word
Christian.word@lw.com

Tracy A. Warren
twarren@buchalter.com
ccaufiled@buchalter.com
docket@buchalter.com

Laurent Badoux
lbadoux@buchalter.com
lharpel@buchalter.com

Monica M. Ryden
Monica.ryden@jacksonlewis.com
phoenixdocketing@jacksonlewis.com
Susan Johnson
susan.johnson@jacksonlewis.com

☐ I hereby certify that on December 21, 2020, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

                                                                                        s/ Tana Davis-Digeno