Peter Strojnik,
7847 N. Central Avenue
Phoenix, Arizona 85020
Telephone: (602) 524-6602
ps@strojnik.com

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| Peter Strojnik, | Case Nos: 2:20-cv-01532-PHX-DJH |
| --- | --- |
| Plaintiff, | 2:20-cv-00343 |
| vs. | 2:20-cv-01434 |
| (1) Driftwood Hospitality Management, LLC; (2) United Hotels and Resorts, LLC; (3) CGD Tempe LP, | CONSOLIDATED |
| | **MOTION FOR ALTERNATIVE MEANS OF DISPUTE RESOLUTION PURSUANT TO 42 U.S.C. §12212** |
| Defendants. | |

Pursuant to 42 U.S.C. §12212 *Alternative means of dispute resolution*[1], and applicable local rules, Plaintiff requests the appointment of a magistrate judge for the purpose of facilitating a resolution. Plaintiff proposes that a resolution conference be attended in person by each of the parties' representatives with settlement authority at Plaintiff's location indicated above.

RESPECTFULLY SUBMITTED THIS 30th day of December, 2020.

**PETER STROJNIK**

Plaintiff

ECF filed

---

[1] 42 U.S. Code § 12212. Alternative means of dispute resolution

Where appropriate and to the extent authorized by law, the use of alternative means of dispute resolution, including settlement negotiations, conciliation, facilitation, mediation, factfinding, minitrials, and arbitration, is encouraged to resolve disputes arising under this chapter.