Lindsay G. Leavitt – 029110
Lleavitt@jsslaw.com
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
One East Washington Street
Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik,<br><br>Plaintiff<br><br>vs.<br><br>New Crescent Investments, LLC, d/b/a Sheraton Crescent Phoenix,<br><br>Defendant. | No. CV-20-01532-PHX-DJH<br>CV-20-01434-PHX-JJT<br>**CV-20-00343-PHX-DWL**<br>(Consolidated)<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT NEW CRESCENT INVESTMENTS, LLC TO FILE ITS RESPONSE TO PLAINTIFF'S Doc. # 34 ALL WRITS ACT MOTION FOR WRIT PROHIBITION AGAINST LINDSAY LEAVITT AND JENNINGS, STROUSS & SALMON, PLC**<br><br>(First Request) |

Pursuant to LRCiv 7.3(a), the Parties have stipulated to extending Defendant New Crescent Investments, LLC's deadline to file its Response to Plaintiff's All Writs Act Motion for Writ Prohibition Against Lindsay Leavitt and Jennings, Strouss & Salmon, PLC [Doc. 34] by fourteen (14) calendar days. Accordingly, the Parties jointly move the Court to permit Defendant to file its Response on or before January 18, 2021.

. . .

. . .

1  RESPECTFULLY SUBMITTED this 4th day of January, 2021.

2  
3  JENNINGS, STROUSS & SALMON, P.L.C.

4  By *s/ Lindsay G. Leavitt*
   Lindsay G. Leavitt
   One East Washington Street, Suite 1900
5  Phoenix, Arizona  85004-2554
   *Attorneys for Defendant*

7458954v1(69171.1)

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on January 4, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Srojnik
7847 N. Central Avenue
Phoenix, AZ 85020
ps@strojnik.com

☐ I hereby certify that on January 4, 2021, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

                                                s/ Tana Davis-Digeno