Monica M. Ryden (State Bar No. 023986)
**JACKSON LEWIS PC**
2111 East Highland Avenue, Suite B-250
Phoenix, AZ  85016
Telephone: (602) 714-7044
Facsimile: (602) 714-7045
Monica.Ryden@jacksonlewis.com

Attorneys for Defendants Driftwood
Hospitality Management, LLC
and CGD Tempe LP

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik,<br><br>              Plaintiff,<br><br>  vs.<br><br>Driftwood Hospitality Management, LLC; United Hotels and Resorts, LLC; and CGD Tempe LP,<br><br>              Defendants. | Case No. **2:20-cv-01532-PHX-DJH**<br>2:20-cv001434-PHX-JJT<br>2:20-cv000343-PHX-DWL<br>(Consolidated)<br><br>**DRIFTWOOD HOSPITALITY MANAGEMENT AND CGD TEMPE'S RESPONSE TO PLAINTIFF'S MOTION FOR ALTERNATIVE DISPUTE RESOLUTION** |

Plaintiff's Motion for Alternative Dispute Resolution Pursuant to 42 U.S.C. §12212 [Doc. 39] requests an in-person resolution conference, or settlement conference, before a magistrate judge. Defendants oppose the motion for the following reasons:

1.      The cited statute is not a mandate.  42 U.S.C. §12212 provides: "Where appropriate and to the extent authorized by law, the use of alternative means of dispute resolution, including settlement negotiations, conciliation, facilitation, mediation, factfinding, minitrials, and arbitration, is encouraged to resolve disputes arising under this chapter."

2. The parties have already engaged in settlement discussions to no avail. Defendants do not believe a settlement conference would be productive at this time.

3. The Court has the inherent authority to manage its docket, which includes scheduling the settlement conference or not. *See United States v. W.R. Grace*, 526 F.3d 499, 509 (9th Cir. 2008); *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990) ("District courts have inherent power to control their dockets.").

4. Defendants do not want to delay the Court's decision on their pending Motion to Dismiss [Doc. 12] and Motion to Declare Plaintiff a Vexatious Litigant [Doc. 17].

For these reasons, Defendants are not amenable to referral of this matter to a U.S. Magistrate Judge at this point for a settlement conference.

DATED January 5, 2021.

**JACKSON LEWIS P.C.**

By: */s/ Monica M. Ryden*
    Monica M. Ryden
    Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Strojnik
7847 North Central Avenue
Phoenix, AZ  85020
PS@strojnik.com
*Pro se Plaintiff*


*/s/ Amalia Tafoya*


4830-8559-6118, v. 1