1   Monica M. Ryden (State Bar No. 023986)
2   **JACKSON LEWIS PC**
    2111 East Highland Avenue, Suite B-250
3   Phoenix, AZ  85016
    Telephone: (602) 714-7044
4   Facsimile: (602) 714-7045
5   Monica.Ryden@jacksonlewis.com

6   Attorneys for Defendants

7

8                   **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF ARIZONA**

10

11  Peter Strojnik,                          Case No.  **2:20-cv-01532-PHX-DJH**
                                                        2:20-cv001434-PHX-JJT
12            Plaintiff,                                2:20-cv000343-PHX-DWL
                                                        (Consolidated)
13      vs.

14  Driftwood Hospitality Management, LLC;   **RESPONSE TO PLAINTIFF'S**
    United Hotels and Resorts, LLC; and CGD  **MOTION FOR NEW TRIAL**
15  Tempe LP,

16            Defendants.

17

18          Plaintiff's Motion for New Trial ("Motion") [Doc. 51] is improper and provides no

19  reason for the Court to reconsider its Order [Doc. 49] and set aside the Judgment [Doc.

20  50].  Defendants Driftwood Hospitality Management, LLC; United Hotels and Resorts,

21  LLC; and CGD Tempe LP oppose Plaintiff's Motion.

22          In his motion bearing the caption "Motion for New Trial F. R. Civ. P. 59(a) and

23  (e)," Plaintiff argues that the Court "acted outside its jurisdiction in dismissing *any* of the

24  claims and by failing to remand" and requests that his case "be remanded without

25  comment regarding the merits of *any* claim."  [Doc. 51]

26          Rule 59(a) sets forth the grounds for a new trial after either a jury trial or a nonjury

27  trial.  To the extent plaintiff purports to bring this Motion as a motion for a new trial under

28  Rule 59(a), the Motion fails because the action has been dismissed pursuant to Defendants'

                                          1

Motion to Dismiss – not as the result of a court or jury trial.

Plaintiff's motion to amend the judgment under Rule 59(e) should also be denied as without merit. The standard of review on a motion for reconsideration and a motion to alter or amend judgment under Rule 59(e) are the same. *Reilly v. Charles M. Brewer*, No. 2:06-cv-02861 JWS, 2008 U.S. Dist. LEXIS 138841, at *3 (D. Ariz. June 17, 2008). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *Id.*

Here, however, Plaintiff has not presented any newly discovered evidence or shown that the court committed clear error in its order dismissing Plaintiff's claims on the basis of lack of standing. If a claim falling under a federal court's original jurisdiction shares a "common nucleus of operative fact" with other state law claims, the court may exercise supplemental jurisdiction over those claims. *United Mine Workers of Am. v. Gibbs*, 838 U.S. 715, 725 (1966); *see* 28 U.S.C. 1367. Importantly, supplemental jurisdiction is a "doctrine of discretion, not of a plaintiff's right." *Gibbs*, 383 U.S. at 726. The Court properly exercised supplemental jurisdiction. Nor has Plaintiff shown that the Court's decision dismissing Plaintiff's claims on the basis of lack of standing was manifestly unjust or that an intervening change in controlling law has occurred.

For these reasons, Plaintiff's Motion should be denied.

DATED January 21, 2021.

**JACKSON LEWIS P.C.**

By:*/s/ Monica M. Ryden*
Monica M. Ryden
Attorneys for Defendants

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2021, I electronically transmitted the attached

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

Peter Strojnik

6

7847 North Central Avenue
Phoenix, AZ  85020

7

PS@strojnik.com
*Pro se Plaintiff*

8

9

*/s/ Amalia Tafoya*

10

11

4826-8453-4488, v. 1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28