Peter Strojnik,
7847 N. Central Avenue
Phoenix, Arizona 85020
Telephone: (602) 524-6602
ps@strojnik.com

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik,<br><br>Plaintiff,<br><br>vs.<br><br>(1)   Driftwood Hospitality Management, LLC et al<br><br>Defendants. | Case Nos:   2:20-cv-01532-PHX-DJH<br>2:20-cv-00343<br>2:20-cv-01434<br>CONSOLIDATED<br><br>**MOTION FOR LEAVE TO FILE MOTION TO AMEND** |

Plaintiff seeks leave to file a Motion to Amend with respect to all consolidated cases in order to:

1. Drop the ADA claims; and
2. Substitute the ADA claims with equal protection claims pursuant to 42 U.S.C. 1983, *see Bullington v. Bedford County,* 905 F.3d 467 (6th Cir. 2018) (confirming the right of a disabled person to bring a § 1983 claim); and
3. Substitute the ADA claims with the Arizonans with Disabilities Claims pursuant to A.R.S. §41-1492 *et seq.* that provides for statutory standing.

RESPECTFULLY SUBMITTED THIS 11th day of February, 2021.

**PETER STROJNIK**

_____
Plaintiff

ECF filed and distributed