Monica M. Ryden (State Bar No. 023986)
**JACKSON LEWIS PC**
2111 East Highland Avenue, Suite B-250
Phoenix, AZ 85016
Telephone: (602) 714-7044
Facsimile: (602) 714-7045
Monica.Ryden@jacksonlewis.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik,<br><br>  Plaintiff,<br><br>vs.<br><br>Driftwood Hospitality Management, LLC; United Hotels and Resorts, LLC; and CGD Tempe LP,<br><br>  Defendants. | Case No. **2:20-cv-01532-PHX-DJH**<br>2:20-cv001434-PHX-JJT<br>2:20-cv000343-PHX-DWL<br>(Consolidated)<br><br>**DEFENDANTS' RESPONSE OBJECTING TO PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION TO AMEND** |

Peter Strojnik's ("Strojnik") Motion for Leave to File Motion to Amend (Doc. 65) and Notice of Errata Amending Motion for Leave to File Motion to Amend (Doc. 66) are yet another blatant attempt to remand this case to the state court. Defendants Driftwood Hospitality Management, LLC, United Hotels and Resorts, LLC and CGD Tempe LP object to Plaintiff's Motion on the basis that his Complaint has already been dismissed with prejudice.

DATED February 17, 2021.

**JACKSON LEWIS P.C.**

By:*/s/ Monica M. Ryden*
  Monica M. Ryden
  Attorneys for Defendants

1

# CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Strojnik
7847 North Central Avenue
Phoenix, AZ  85020
PS@strojnik.com
*Pro se Plaintiff*

/s/ Amalia Tafoya

4823-6518-4988, v. 1

2