Peter Strojnik,
7847 N. Central Avenue
Phoenix, Arizona 85020
Telephone: (602) 524-6602
ps@strojnik.com

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Peter Strojnik,<br><br>                                    Plaintiff,<br><br>vs.<br><br>(1)   Driftwood Hospitality Management, LLC et al.<br><br>                                    Defendants. | Case Nos:   2:20-cv-01532-PHX-DJH<br>                     2:20-cv-00343<br>                     2:20-cv-01434<br><br>CONSOLIDATED<br><br>**PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT** |

While is true that the Court held that Defendants' removal was improper for lack of jurisdiction, it is also true that a dismissal with prejudice is viewed as error. *See* Plaintiff's Motion for New Trial, Dkt. 51 and Reply, Dkt. 60 (with exhibits). The Court did not, as it could not, decide the merits of the State Law claims in the *Driftwood* matter (2:20-cv-01532) that included claims of negligence, negligent misrepresentation, failure to disclose and Arizona's Consumer Fraud Act claim.

The proposed amendment replacing the ADA claim with the AzDA claim would resolve a number of difficult issues in this case. For one, AzDA standing is purely statutory and not subject to the complexities of federal Article III standing. AzDA is also broader in scope than the ADA[1] and significantly more protective of equal rights of the disabled.

---

[1] Except for A.R.S. §41-1492.98(E) which requires a 30 day prior notice to filing suit. This requirement is presently challenged by Plaintiff in the State Court based on federal pre-emption. *see* 28 C.F.R. Pat 36 at 103(c), *Relationship to other laws*:

Ultimately, this case is about desegregation of the disabled. To the extent that equal rights for the disabled represent an established public policy of the State of Arizona through its Arizonans with Disabilities Act, the amendment would foster State's public policy interests in protecting the Plaintiff and, indeed, all disabled throughout the State.

RESPECTFULLY SUBMITTED THIS 17th day of February, 2021.

**PETER STROJNIK**

Plaintiff

ECF filed

---

(c) *Other laws*. This part does not invalidate or limit the remedies, rights, and procedures of any other Federal laws, or State or local laws (including State common law) that provide greater or equal protection for the rights of individuals with disabilities or individuals associated with them.