Peter Strojnik,
7847 N. Central Avenue
Phoenix, Arizona 85020
Telephone: (602) 524-6602
ps@strojnik.com

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Peter Strojnik,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br>(1)　Driftwood Hospitality Management, LLC; (2) United Hotels and Resorts, LLC; (3) CGD Tempe LP,<br><br>　　　　　　　　　Defendants. | Case No: 2:20-CV-01532-DJH<br><br>**PLAINTIFF'S RESPONSE TO OSC [77]**<br><br>**and**<br><br>**A DEMAND FOR OPEN LETTER OF APOLOGY** |

## INTRODUCTION

Strojnik filed three separate Americans with Disabilities Act cases in the Maricopa County Superior Court ("MCSC"). MCSC had previously considered, and rejected, motions to dismiss and motions to declare Strojnik a vexatious litigant in legally indistinguishable cases.

Defendants in each MCSC case removed the action to the District Court. Each Defendant subsequently filed a Motion to Dismiss for lack of subject matter jurisdiction and to declare Strojnik a vexatious litigant. The motions were granted by the District Court Judge Humetewa, Strojnik's removed actions were dismissed with prejudice and without leave to amend, and Strojnik was declared a vexatious litigant. Judge Humetewa also issued an order that in any other case filed in the MCSC and removed to the District Court, Strojnik would have to post a $10,000.00 bond.

District Court subsequently granted to two of the three Appellee's attorney's fees totaling excess of $70,000.00 and encouraged the third to also file for fees.

Strojnik appealed.

**RESPONSE TO OSC**

Strojnik has unsuccessfully searched his memory to determine what actions on his part would merit sanctions. The cases were filed in the MCSC, so District Court is without jurisdiction to impose sanctions for that. The case was conducted properly and according to procedural law. So there can be no sanctions for that. The only issue that comes to mind is Strojnik's critique of Judge Humetewa's defamatory and disparaging references to Strojnik as "limp", as in walking, and "lousy", as in infested with lice. *See* docket at 54 at pp. 2-3.

> Lastly, Judge Humetawa should refrain from referring to Strojnik as "limp" and "lousy". *See* [49] at 17:21-22. Judge Humetawa's innuendo that Strojnik is "limp" versus "hard", her mocking of Strojnik's disability for walking with a "limp", and her opinion of Strojnik's "hygiene", are utterly irrelevant to the issues, to the parties, and to the District Court. Such ad hominem insults against a party cheapen the honor of the district court and diminish public confidence in the judiciary.

Cannon 3 provides: in relevant part:

> **Canon 3: A Judge Should Perform the Duties of the Office Fairly, Impartially and Diligently**
>
> The duties of judicial office take precedence over all other activities. **The judge should perform those duties with respect for others, and should not engage in behavior that is harassing, abusive, prejudiced,** or **biased**.
>
> The judge should adhere to the following standards:
>
> (A) *Adjudicative Responsibilities*.
>
> (1) A **judge should** be faithful to, and maintain professional competence in, the law and should **not be swayed by** partisan interests, **public clamor**, or **fear of criticism.**
>
> ***
>
> (3) A judge should be patient, dignified, **respectful, and courteous to litigants**… (Emphasis supplied)

As Strojnik noted in *Strojnik v. Forest Villas, LLC*, 3:20-cv-08328-PCT-DWL at docket #20,

2

> [Strojnik] has been designated a "Limp and Lousy Mole" by Arizona district court's Judges Humetewa and Lanza. District court's innuendo that Strojnik is "limp" versus "hard", the mocking of Strojnik's disability for walking with a "limp", the district court's opinion on Strojnik's "hygiene", and Judge Lanza's reference to Plaintiff as a "rodent" [1], is more suitable to a pre-pubescent girl's posting on Facebook than a somber analysis of a civil rights claim.

But at least Judge Lanza issued an explanation for referring to Strojnik as a "mole" which Strojnik accepted as an apology.

Not so Judge Humetewa.

Judge Humetewa's mocking statements that Strojnik is "limp" and "lousy" are not respectful. They are harassing and abusive and swayed by public clamor. As the Court will recall, Judge Humetewa flat out refused to follow her own prior rulings in order to get to the desired result demanded by the public clamor.

**Canon 1: A Judge Should Uphold the Integrity and Independence of the Judiciary**

> An independent and honorable judiciary is indispensable to justice in our society. A judge should maintain and enforce high standards of conduct and should personally observe those standards, so that the integrity and independence of the judiciary may be preserved. The provisions of this Code should be construed and applied to further that objective.

Judge Humetewa's adoption of the political method of debate[2] in her dispositive ruling is in troublesome conflict with Cannon 1.  This is highly unfortunate and will lead, and has led, to a lessening of the honor and integrity of the judiciary.

The permission, adoption and the use of political method of conflict resolution, and the District Court's adoption of it, invariably leads to extraordinary loss of all respect for the courts. Consider, for example, the current rent moratorium extension in violation of

---

[1] Mole is actually not a rodent. It is an insectivore.

[2] Political debate has been reduced to name calling and simply proves a speaker's lack of a valid counterpoint. The District Court should not debase itself to it.

3

the Supreme Court decision. Even the decisions of the United States Supreme Court are no longer respected by the political class.

So, instead of asking Strojnik to show cause for some unperceived, unknown and absent transgression, Strojnik demands that Judge Humetawa issue an open letter of apology for her defamatory statements, and file it in the docket.

RESPECTFULLY SUBMITTED THIS 5th day of August, 2021.

**PETER STROJNIK**

_____
Plaintiff

ECF filed.