Peter Strojnik,
7847 N. Central Avenue
Phoenix, Arizona 85020
Telephone: (602) 524-6602
ps@strojnik.com

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik,<br><br>Plaintiff,<br>vs.<br>Driftwood Hospitality Management, LLC;<br><br>Defendants. | Case Nos:   2:20-cv-01532-PHX-DJH<br>**2:20-cv-00343**<br>2:20-cv-01434<br><br>CONSOLIDATED<br><br>**REQUEST FOR LEAVE TO CONDUCT DISCOVERY TO DETERMINE HOW XENIA INCURRED $247,404.00 IN ATTORNEY'S FEES FOR CUTTING AND PASTING TWO MOTIONS IN THE CASE** |

Xenia avows to the Court that it incurred $247,404.00 in attorney's fees for filing two motions, both of which appear to be a reshuffled motions filed by its codefendants in the same matter.

A careful review of the application discloses that incurring $247,404 in attorney's fees is simply impossible. Xenia's application is either erroneous or fraudulent. Briefing two motions which, in which Xenia made precisely the same arguments as its codefendants, cannot under any circumstances result in a $247,404 fee.

For this reason, Plaintiff respectfully requests leave to conduct written and deposition discovery of Xenia and its attorneys to determine the following:

1. The amount of money Xenia agreed to pay to its attorneys; and
2. The amount of money Xenia actually paid to its attorneys; and
3. The relationship between Xenia's motions filed in this case and similar motions filed by Xenia's attorneys in similar cases; and

4. The fees incurred and paid by Xenia's other clients in relation to their motions to dismiss and their motions to declare Plaintiff a vexatious litigant.

Since without this information Plaintiff cannot respond to Xenia's application for fees, Plaintiff requests that his proposed discovery be conducted first followed by Plaintiff's response based on the facts disclosed during the discovery process.

RESPECTFULLY SUBMITTED THIS 18th day of August, 2021.

**PETER STROJNIK**

Plaintiff

ECF filed