Peter Strojnik,
7847 N. Central Avenue
Phoenix, Arizona 85020
Telephone: (602) 524-6602
ps@strojnik.com

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

|  |  |
|---|---|
| Peter Strojnik,<br><br>                        Plaintiff,<br><br>vs.<br><br>Driftwood Hospitality Management, LLC;<br><br>                        Defendants. | Case Nos:   2:20-cv-01532-PHX-DJH<br>         **2:20-cv-00343**<br>         2:20-cv-01434<br><br>CONSOLIDATED<br><br>**RENEWED REQUEST FOR LEAVE TO CONDUCT DISCOVERY TO DETERMINE HOW XENIA INCURRED $247,404.00 IN ATTORNEY'S FEES FOR CUTTING AND PASTING TWO MOTIONS IN THE CASE**<br><br>**WITH CERTIFICATION OF ATTEMPT TO DISCUSS WITH OPPOSING COUNSEL** |

Plaintiff previously filed identical request that was denied for the reason that Plintiff did not discuss the matter with opposing party. Plaintiff now certifies that he has attempted to discuss the matter with the opposing counsel, but the opposing counsel has declined to engage. For the following reasons, and for the reasons expressed in the attached Appellant's Opening Brief, Exhibit 1, Plaintiff renews the request.

Xenia avows to the Court that it incurred $247,404.00 in attorney's fees for filing two motions, both of which appear to be a reshuffled motions filed by its codefendants in the same matter.

A careful review of the application discloses that incurring $247,404 in attorney's fees is simply impossible. Xenia's application is either erroneous or fraudulent. Briefing

two motions which, in which Xenia made precisely the same arguments as its codefendants, cannot under any circumstances result in a $247,404 fee.

For this reason, Plaintiff respectfully requests leave to conduct written and deposition discovery of Xenia and its attorneys to determine the following:

1. The amount of money Xenia agreed to pay to its attorneys; and
2. The amount of money Xenia actually paid to its attorneys; and
3. The relationship between Xenia's motions filed in this case and similar motions filed by Xenia's attorneys in similar cases; and
4. The fees incurred and paid by Xenia's other clients in relation to their motions to dismiss and their motions to declare Plaintiff a vexatious litigant.

Since without this information Plaintiff cannot respond to Xenia's application for fees, Plaintiff requests that his proposed discovery be conducted first followed by Plaintiff's response based on the facts disclosed during the discovery process.

RESPECTFULLY SUBMITTED THIS 26th day of August, 2021.

**PETER STROJNIK**

_____
Plaintiff

ECF filed

2