Laurent R.G. Badoux (AZ SBN: 020753)
lbadoux@buchalter.com
BUCHALTER,
A Professional Corporation
16435 N. Scottsdale Road, Suite 440
Scottsdale, AZ 85254-1754
Telephone: 480.383.1800
Facsimile: 480.824.9400

Tracy A. Warren (Cal. SBN: 228013) (*admitted pro hac vice*)
twarren@buchalter.com
BUCHALTER,
A Professional Corporation
655 W. Broadway, Suite 1625
San Diego, CA  92101
Telephone: 619.219.5335

*Attorneys for Defendants Xenia Hotels and Resorts, Inc., XHR Phoenix Palms, LLC, and XHR Scottsdale Ranch, LLC*

J. Christian Word (VA SBN: 46008) (*admitted pro hac vice*)
christian.word@lw.com
LATHAM & WATKINS, LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: 202.637.2223

*Co-Counsel for Defendants Xenia Hotels and Resorts, Inc., XHR Phoenix Palms, LLC, and XHR Scottsdale Ranch, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik, an individual,<br><br>Plaintiff, *pro se*,<br><br>v.<br><br>Xenia Hotels and Resorts, Inc., a foreign corporation; XHR Phoenix Palms, LLC dba Royal Palms Hotel; XHR Scottsdale Ranch, LLC dba Hyatt Regency Scottsdale Resort and Spa at Gainey Ranch,<br><br>Defendants. | Case Nos: 2:20-cv-01532-PHX-DJH<br>2:20-cv-00343<br>2:20-cv-01434<br>CONSOLIDATED<br><br>**DEFENDANTS' SUPPLEMENTAL STATEMENT OF FEES AND COSTS PAID PURSUANT TO FEE AGREEMENTS** |

Pursuant to this Court's Order filed November 30, 2021 [Doc 92], Defendants submit this Supplemental Statement of Fees and Costs Paid Pursuant to Fee Agreements, supplementing Defendants' Motion for Award of Attorneys' Fees and Costs ("Motion for Fees"), filed August 11, 2021 [Doc 79].

As of August 11, 2021, the date of filing of Defendants' Motion for Fees, Defendants incurred attorneys' fees in the total amount of $247,404 ($110,068 to Buchalter, a Professional Corporation, and $137,336 to Latham & Watkins, LLP), and a total of $970.78 in costs, not including appellate costs, which breaks down into $410.61 in traditionally taxable costs, and $560.17 in other related costs. The fees and costs were incurred pursuant to the Fee Agreements filed as Exhibits A and B, respectively, to Defendants' Notice of Filing Supplemental Exhibits, filed November 22, 2021 [Doc 90].

As of the date of this filing, Defendants have paid all amounts that were due and owing as of August 11, 2021 to both Buchalter and Latham & Watkins, in the total amount of **$248,374.78**.

In addition, between August 11, 2021 and the date of this filing, Defendants have incurred an additional $14,396.95 in attorneys' fees ($8,038.00 to Buchalter and $6,358.95 to Latham & Watkins), and additional costs in the amount of $772.27, all of which is related to the post-dismissal practice, primarily the current fee application, as supported by Exhibits 1 & 2 hereto, which provide a breakdown of invoiced fees from Buchalter and Latham & Watkins, respectively, invoiced after August 11, 2021.[1] Defendants have paid all of these additional fees and costs due and owing to both Buchalter and Latham & Watkins, in the total amount of **$15,169.22**.

---

[1] While reviewing these time entries and payments received therefor before submission to the Court, counsel identified four (4) separate entries in their invoices that are related primarily to Plaintiff's filing of an appeal of the Court's decision in this case. Counsel believe these entries would be more accurately allocated to the clients' appellate fees and costs and deducted their value from the amount sought herein.

When combined, Defendants have paid for legal representation in this matter to Buchalter and Latham & Watkins, as of December 3, 2021, the sum of **$263,544.00**.

Dated: December 3, 2021

          **BUCHALTER**
          **A PROFESSIONAL CORPORATION**

          By: */s/ Laurent R.G. Badoux*
              Laurent R.G. Badoux
              *Attorneys for Defendants Xenia Hotels and Resorts, Inc., XHR Phoenix Palms, LLC, and XHR Scottsdale Ranch, LLC*

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 3rd day of December, 2021, to:

Peter Strojnik, *pro se*
7847 N. Central Avenue
Phoenix, Arizona 85020
*Plaintiff*

By: */s/ Lori Harpel*