# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik,<br><br>   Plaintiff,<br><br>v.<br><br>Driftwood Hospitality Management LLC, et al.,<br><br>   Defendants. | No. CV-20-01532-PHX-DJH<br>No. CV-20-00343-PHX-DJH<br>No. CV-20-01434-PHX-DJH<br><br>**ORDER** |

The Court is in receipt of the Ninth Circuit Court of Appeal's Mandate (Doc. 96). The Ninth Circuit has instructed the Court to amend its "judgment to reflect that the dismissal of Strojnik's ADA and state law claims is without prejudice." (Doc. 96-1 at 2).

Accordingly,

**IT IS HEREBY ORDERED** amending in part, the Court's prior Order (Doc. 49 at 19), to reflect that Plaintiff's claims are **dismissed without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter an amended judgment accordingly in these consolidated cases.

Dated this 16th day of June, 2022.

Honorable Diane J. Humetewa
United States District Judge