# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik,<br><br>        Plaintiff,<br><br>v.<br><br>Driftwood Hospitality Management LLC, et al.,<br><br>        Defendants. | **NO. CV-20-01532-PHX-DJH**<br>**NO. CV-20-00343-PHX-DJH**<br>**NO. CV-20-01434-PHX-DJH**<br><br>**AMENDED JUDGMENT OF DISMISSAL** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's order filed June 17, 2022, Plaintiff's ADA and state claims are dismissed without prejudice for lacking standing, judgment of dismissal is hereby entered, and these actions are hereby terminated.

Debra D. Lucas
District Court Executive/Clerk of Court

June 17, 2022

By s/ S. Hargrove
Deputy Clerk